1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  LEXI NEGIN, Bar #250376
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  CLIFFORD JOSEF YOUNG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. CR-S-10-222 JAM |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER TO CONTINUE STATUS HEARING AND TO EXCLUDE TIME |
| v. | ) | PURSUANT TO THE SPEEDY TRIAL ACT |
| CLIFFORD JOSEF YOUNG, and KATHLEEN DOCKSTADER, | ) | Date: December 13, 2011 Time: 9:30 a.m. Judge: Hon. John A. Mendez |
| Defendants. | ) | |

It is hereby stipulated and agreed to between the United States of America through Daniel McConkie, Assistant U.S. Attorney, and defendants, CLIFFORD JOSEF YOUNG by and through his counsel, Lexi Negin, Assistant Federal Defender, and KATHLEEN DOCKSTADER by and through her counsel, Olaf William Hedberg, that the status conference set for Tuesday, September 20, 2011, be continued to Tuesday, December 13, 2011, at 9:30 a.m. The reason for this continuance is to allow defense counsel additional time to review discovery with the defendants, to examine possible defenses and to continue investigating the facts of the case. Defense counsel have requested access to a large amount of physical evidence recovered in the case. Due to the schedules of the attorneys for the parties and the expert, that viewing has not been able to take place. A lengthy continuance is sought so that this viewing can take place and the parties can complete the discovery process. All parties are working diligently toward resolving this case.

///

///

It is further stipulated that the time period from the date of this stipulation, September 16, 2011, through and including the date of the new status conference hearing, December 13, 2011, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(iv) and Local Code T4 [reasonable time for defense counsel to prepare], and that the ends of justice to be served by granting the continuance outweigh the best interest of the public and the defendant to a speedy trial.

A proposed order is attached and lodged separately for the court's convenience.

DATED: September 16, 2011

Respectfully submitted,

| | |
|---|---|
| BENJAMIN B. WAGNER<br>United States Attorney | DANIEL BRODERICK<br>Federal Defender |
| */s/ Lexi Negin for*<br>DANIEL McCONKIE<br>Assistant U.S. Attorney<br>Attorney for United States | */s/ Lexi Negin*<br>LEXI NEGIN<br>Assistant Federal Defender<br>Attorney for Defendant<br>CLIFFORD JOSEF YOUNG |
| | */s/ Lexi Negin for*<br>OLAF WILLIAM HEDBERG<br>Attorney for Defendant<br>KATHLEEN DOCKSTADER |

Stipulation/Order 2

|   |   |   |
|---|---|---|
| 1 | IN THE UNITED STATES DISTRICT COURT | |
| 2 | | |
| 3 | FOR THE EASTERN DISTRICT OF CALIFORNIA | |

```
 1
                      IN THE UNITED STATES DISTRICT COURT
 2
                    FOR THE EASTERN DISTRICT OF CALIFORNIA
 3

 4

 5   UNITED STATES OF AMERICA,        )   CASE NO. CR-S-10-222 JAM
                                      )
 6              Plaintiff,            )
                                      )
 7         v.                         )   ORDER CONTINUING STATUS HEARING AND
                                      )   EXCLUDING TIME PURSUANT TO THE
 8   CLIFFORD JOSEF YOUNG, and        )   SPEEDY TRIAL ACT
     KATHLEEN DOCKSTADER,             )
 9                                    )
                Defendants.           )
10   _____)

11         For the reasons set forth in the stipulation of the parties, filed on September 16, 2011, IT IS HEREBY

12   ORDERED that the status conference currently scheduled for Tuesday, September 20, 2011, be vacated and

13   that the case be set for Tuesday, December 13, 2011, at 9:30 a.m. The Court finds that the ends of justice

14   to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy

15   trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' September 16, 2011,

16   stipulation, the time under the Speedy Trial Act is excluded from the date of this stipulation, September 16,

17   2011, through and including December 13, 2011, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code

18   T4, due to the need to provide defense counsel with the reasonable time to prepare.

19

20   Dated: September 16, 2011

21                                              /s/ John A. Mendez
                                                JOHN A. MENDEZ
22                                              United States District Judge
```

Stipulation/Order                    1