DANIEL J. BRODERICK, Bar #89424
Federal Defender
LEXI NEGIN, Bar #250376
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CLIFFORD JOSEF YOUNG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  ) NO. CR-S-10-222 JAM
          Plaintiff,        ) STIPULATION AND ORDER TO CONTINUE
                            ) STATUS HEARING AND TO EXCLUDE TIME
     v.                     ) PURSUANT TO THE SPEEDY TRIAL ACT
                            )
CLIFFORD JOSEF YOUNG, and   ) Date: May 22, 2012
KATHLEEN DOCKSTADER,        ) Time: 9:30 a.m.
                            ) Judge: John A. Mendez
          Defendants.       )
_____)

It is hereby stipulated and agreed to between the United States of America through Daniel McConkie, Assistant U.S. Attorney, and defendants, CLIFFORD JOSEF YOUNG by and through his counsel, Lexi Negin, Assistant Federal Defender, and KATHLEEN DOCKSTADER by and through her counsel, Olaf William Hedberg, that the status conference set for Tuesday, February 21, 2012, be continued to Tuesday, May 22, 2012, at 9:30 a.m. The reason for this continuance is because although the parties met and viewed evidence for several hours, they are continuing with the process of exchanging discovery and working towards a possible resolution in the case.

It is further stipulated that the time period from the date of this stipulation, February 15, 2012, through and including the date of the new status conference hearing, May 22, 2012, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv)and Local Code T4 [reasonable time for defense counsel

///

to prepare], and that the ends of justice to be served by granting the continuance outweigh the best interest of the public and the defendant to a speedy trial.

A proposed order is attached and lodged separately for the court's convenience.

DATED: February 15, 2012

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

 */s/ Lexi Negin for*
DANIEL McCONKIE
Assistant U.S. Attorney
Attorney for United States

DANIEL BRODERICK
Federal Defender

 */s/ Lexi Negin*
LEXI NEGIN
Assistant Federal Defender
Attorney for Defendant
CLIFFORD JOSEF YOUNG

 */s/ Lexi Negin for*
OLAF WILLIAM HEDBERG
Attorney for Defendant
KATHLEEN DOCKSTADER

| | |
|---|---|
| 1 | |
| 2 | IN THE UNITED STATES DISTRICT COURT |
| 3 | FOR THE EASTERN DISTRICT OF CALIFORNIA |

| | | |
|---|---|---|
| 5 | UNITED STATES OF AMERICA, ) | CASE NO. CR-S-10-222 JAM |
| 6 | Plaintiff, ) | |
| 7 | v. ) | ORDER CONTINUING STATUS HEARING AND EXCLUDING TIME PURSUANT TO THE |
| 8 | CLIFFORD JOSEF YOUNG, and ) KATHLEEN DOCKSTADER, ) | SPEEDY TRIAL ACT |
| 9 | ) | |
| 10 | Defendants. ) _____ ) | |

For the reasons set forth in the stipulation of the parties, filed on February 15, 2012, IT IS HEREBY ORDERED that the status conference currently scheduled for Tuesday, February 21, 2012, be vacated and that the case be set for **Tuesday, May 22, 2012, at 9:30 a.m.** The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' February 15, 2012, stipulation, the time under the Speedy Trial Act is excluded from the date of this stipulation, February 15, 2012, through and including May 22, 2012, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated: February 12, 2012

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge

Stipulation/Order     1