DANIEL J. BRODERICK, Bar #89424
Federal Defender
LEXI NEGIN, Bar #250376
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CLIFFORD JOSEF YOUNG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR-S-10-222 JAM |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO |
| ) | CONTINUE STATUS HEARING AND TO |
| v. ) | EXCLUDE TIME PURSUANT TO THE SPEEDY |
| ) | TRIAL ACT |
| CLIFFORD JOSEF YOUNG, and ) | |
| KATHLEEN DOCKSTADER, ) | Date: July 24, 2012 |
| ) | Time: 9:30 a.m. |
| Defendants. ) | Judge: John A. Mendez |
| _____ ) | |

It is hereby stipulated and agreed to between the United States of America through Daniel McConkie, Assistant U.S. Attorney, and defendants, CLIFFORD JOSEF YOUNG by and through his counsel, Lexi Negin, Assistant Federal Defender, and KATHLEEN DOCKSTADER by and through her counsel, Olaf William Hedberg, that the status conference set for Tuesday, May 22, 2012, be continued to Tuesday, July 24, 2012, at 9:30 a.m.

The reason for this continuance is that there is extensive discovery in this case and discovery continues to be provided by all parties. The case is complicated due to the forfeiture allegations which seek to forfeit currency as well as real property. In addition, counsel for Ms. Dockstader is in trial in state court and has been told by the state court judge that she contacted the Court and that the Court offered that the parties stipulate the case to a new date.

///

///

It is further stipulated that the time period from the date of this stipulation, May 17, 2012, through and including the date of the new status conference hearing, July 24, 2012, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv)and Local Code T4 [reasonable time for defense counsel to prepare], and that the ends of justice to be served by granting the continuance outweigh the best interest of the public and the defendant to a speedy trial.

A proposed order is attached and lodged separately for the court's convenience.

DATED: May 17, 2012

Respectfully submitted,

| | |
|---|---|
| BENJAMIN B. WAGNER<br>United States Attorney | DANIEL BRODERICK<br>Federal Defender |
| */s/ Lexi Negin for*<br>DANIEL McCONKIE<br>Assistant U.S. Attorney<br>Attorney for United States | */s/ Lexi Negin*<br>LEXI NEGIN<br>Assistant Federal Defender<br>Attorney for Defendant<br>CLIFFORD JOSEF YOUNG |
| | */s/ Lexi Negin for*<br>OLAF WILLIAM HEDBERG<br>Attorney for Defendant<br>KATHLEEN DOCKSTADER |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR-S-10-222 JAM |
| Plaintiff, | ) | |
| v. | ) | ORDER CONTINUING STATUS HEARING AND EXCLUDING TIME PURSUANT TO THE |
| CLIFFORD JOSEF YOUNG, and KATHLEEN DOCKSTADER, | ) | SPEEDY TRIAL ACT |
| Defendants. | ) | |

For the reasons set forth in the stipulation of the parties, filed on May 17, 2012, IT IS HEREBY ORDERED that the status conference currently scheduled for Tuesday, May 22, 2012, be vacated and that the case be set for **Tuesday, July 24, 2012, at 9:30 a.m.** The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' May 17, 2012, stipulation, the time under the Speedy Trial Act is excluded from the date of this stipulation, May 17, 2012, through and including July 24, 2012, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated: May 17, 2012

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Judge

Stipulation/Order 1