HEATHER E. WILLIAMS, Bar #122664
Federal Defender
LEXI NEGIN, Bar #250376
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CLIFFORD JOSEF YOUNG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR-S-10-222 JAM |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE TRIAL CONFIRMATION HEARING AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| v. | |
| CLIFFORD JOSEF YOUNG, and KATHLEEN DOCKSTADER, | Date: July 2, 2013<br>Time: 9:45 a.m.<br>Judge: John A. Mendez |
| Defendants. | |

It is hereby stipulated and agreed to by and between the United States of America, through DANIEL McCONKIE, Assistant U.S. Attorney, and defendants, KATHLEEN DOCKSTADER, by and through her counsel, Olaf Hedberg and CLIFFORD JOSEF YOUNG, by and through his counsel, Lexi Negin, Assistant Federal Defender, that the trial confirmation hearing of June 25, 2013 be continued to July 2, 2013 at 9:45 a.m.

Based upon the foregoing, the parties further stipulate that the Court shall find the time period from the date of this stipulation, June 19, 2013, through and including July 2, 2013, be excluded under the Speedy Trial Act 18 U.S.C. §3161(h)(7)(A) and (B)(ii) and (iv) and Local Code T4 and that the ends of justice to be served by granting the continuance outweigh the best interests of the public and the defendants to a speedy trial.

///

///

A proposed order is attached and lodged separately for the court's convenience.

DATED: June 19, 2013

Respectfully submitted,

BENJAMIN B. WAGNER  
United States Attorney

HEATHER E. WILLIAMS  
Federal Defender

 /s/ Lexi Negin for  
DANIEL McCONKIE  
Assistant U.S. Attorney  
Attorney for United States

 /s/ Lexi Negin  
LEXI NEGIN  
Assistant Federal Defender  
Attorney for Defendant  
CLIFFORD JOSEF YOUNG

 /s/ Lexi Negin for  
OLAF WILLIAM HEDBERG  
Attorney for Defendant  
KATHLEEN DOCKSTADER

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR-S-10-222 JAM |
| Plaintiff, | |
| v. | ORDER TO CONTINUE TRIAL CONFIRMATION HEARING AND EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| CLIFFORD JOSEF YOUNG, and KATHLEEN DOCKSTADER, | |
| Defendants. | |

For the reasons set forth in the stipulation of the parties, filed on June 19, 2013, IT IS HEREBY ORDERED that the trial confirmation hearing currently scheduled for Tuesday, June 25, 2013, be continued to July 2, 2013 at 9:45 a.m. The Court finds that the ends of justice to be served outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' June 19, 2013, stipulation, the time under the Speedy Trial Act is excluded from the date of this stipulation, June 19, 2013, through and including July 2, 2013, pursuant to 18 U.S.C. §3161(h)(7)(A) due to the need to provide defense counsel with the reasonable time to prepare.

Dated: June 19, 2013

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge

Stipulation/Order     1